Miguel Crespo #H85185
Name and Prisoner/Booking Number

CSP- San Quentin
Place of Confinement

1-EY-18 )( 1-main St
Mailing Address

San Quentin, CA-94964
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

NOV 03 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Miguel Crespo ,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Celina Alcazar ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____

2:21 - cv 2031 - ____ CKD PC

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

"Jury Trial Demanded"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: Elk Grove, California .

## B. DEFENDANTS

1. Name of first Defendant: *CeLiNA AlCAZAR*. The first Defendant is employed as:
*Reside AT-* ████████████ *iN ELK GroVe, CA-95757*
~~(Position and Title)~~                                        ~~(Institution)~~

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____.
(Position and Title)                                        (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____.
(Position and Title)                                        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____.
(Position and Title)                                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No
   *I Believe*

2. If yes, how many lawsuits have you filed? __*2*__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: *NigueL CRespo* v. *AT HDSP* *Dont Remember. I File on 2,001 "medical"*
      2. Court and case number: *I Dont hAVe iT OR Remember*.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *I Believe WAs decided oR APPealed AT 9Th Cir dont Remember the exact decision -*

   b. Second prior lawsuit:
      1. Parties: *NiGueL CRespo* v. *R Weeks & more defendants*
      2. Court and case number: *I Dont hAVe iT OR Remember* *File year 28,0*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *I Believe Nobody Was ServeD Unable To locate or Some things, But dont Remember, However I did Got Charge the filing fees & Administrative*.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

# D. CAUSE OF ACTION

## CLAIM I

1. State the constitutional or other federal civil right that was violated: 14 - Amendmend deprived of my Personal ProPerTy.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☒ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Around the Year defendant Celiria AlcaZar locate me and we Re started our Romantic Relation, we meet oearly 1990 - now when she locate me I was still in Prison at Salinas Valley, I Being incarcerated since 1992, I was mailing her "our memories" I mailed to her more than 300 Pictures" where we were together, nePhews, Grandma Uncles, friends that are death, so she was KeePing our memories" But were mines, I maried, Cds, Gifts, more than 120 Pounds of CorresPondence ;;; institution Records & Phone "telePhonically she state Around of APril 2021 "that she dont have my Belongs No more, this was after I told her that stoP Sending me money & to Block the Phone, since Care less about her, Porly may I call Defendant to Request my Belongs Again" and madly state that Provide An address to she can Return my Belongs, I Provide An Attorney address and she Change her mind again, I KeeP Leting.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Emotionally distressed Due the fact Pictures of the loved ones, are unique, like my Graddma she neVer Allow no Body to Photograph her, this mental Anguish for my ProPerTy is devastated me so far, Because I Know How friVolous This, defendant is " she is callous & materialist"

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No

   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No

   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Is No Such Relief since she is not a CDCR emPloyee.

3

<u>Continuation of supporting facts</u>

her" Defendant Celina Alcazar that I want my property and she started to become irritated and ignoring me, But on 9-16-2021 "I Request her Defendant Celina Alcazar a three call party with my mother" she accepted after she heard me telling my mother that since I care less about Celina Anymore I not going to be able to talk to her anymore, since Defendant Celina Alcazar was the Bridge with my mom since the year 2005, she Celina Brasht my mom from mexico, keep it, at her house" And Kick out" his fiance" either way she was in a fraudelant merriage, she Defendant callously & frivolous to she can Receive Benefits "As to get Pregnant" Broke federal laws "Ice However on 9-16-2021 "She Defendant Block the phone & ignore my notice to sue her, Attorney thomson make Attemps to speak with her But she ignore me, Thomson messages and this defendant keep my Property or more like it she destroyed, since my first Request "she" state" I don't have it Anymore, since she is frivolous & callous And only care to do things on her way even if she have to Broke the LAW.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

a) Punitive damages on the sum 25-000
b) Compensatory damages for suffering Emotional distress and mental Anguish of the sum 25-000
c) Whether or not Defendant elect or decide to Return my Belongs in her possesion to this court as cost of this suit
d) For such other and further Relief as the court may deem proper.

I declare under penalty of perjury that the foregoing is true and correct. To my Best and in Regard to previous claims

Executed on October 29, 2021

DATE                                    SIGNATURE OF PLAINTIFF

Just Nliguel Crespo - Plaintiff

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____
_____
_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.