UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CRESPO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CELINA ALCAZAR,<br><br>　　　　　Defendant. | No.  2:21-cv-2031-TLN-CKD PS<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a state prisoner, proceeds pro se in this action referred to the undersigned by Local Rule 302. See 28 U.S.C. § 636(b)(1). By order and findings and recommendations dated January 28, 2022 (ECF No. 7), the undersigned screened plaintiff's complaint, determined the complaint did not state a valid claim for relief, determined the complaint's deficiencies could not be remedied by amendment, and recommended the complaint be dismissed without leave to amend by court order. See Fed. R. Civ. P. 41(b).

　　　　Plaintiff has filed objections to the findings and recommendations. (ECF No. 8.) In the objections, plaintiff states although defendant had no right to destroy or keep his belongings, he agrees this action is not the correct way for him to seek relief. Plaintiff requests that the January 28, 2022 findings and recommendations be vacated and withdrawn.

　　　　Pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an

1

answer or motion for summary judgment. Such a dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B). The undersigned interprets plaintiff's objections to the findings and recommendations as indicating plaintiff wishes to voluntarily dismiss this case; however, his filing does not constitute a clear notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). Accordingly, the undersigned will vacate the January 28, 2022 findings and recommendations and allow plaintiff an opportunity to voluntarily dismiss this case should he wish to do so.

In accordance with the above, IT IS ORDERED:

1. The January 28, 2022 findings and recommendations (ECF No. 7) are VACATED;

2. Within 30 days of the date of this order, plaintiff may voluntarily dismiss this case by filing a notice entitled "notice of voluntary dismissal" or "notice of dismissal" and citing Federal Rule of Civil Procedure 41(a)(1); failure to file a notice of dismissal will result in a recommendation to dismiss this action by court order pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 8, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Crespo.21cv2031.vac.fr